■ RAMON F. SCOTT et al., Copartners Trading under the Name of F. SCOTT & COMPANY, Respondents, v. HARRY E. TOWLE et al., Defendants, and JOSEPH A. DERNBERGER et al., Appellants.— Order unanimously modified, with $20 costs and disbursements to the appellants, so as to grant the motion to dismiss the complaint unless the plaintiffs submit to examination before trial within three months from the entry of the order of this court, and serve and file the further bill of particulars heretofore required within two months from the entry of such order. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ ROBERT F. SHEPPARD, Appellant, v. COOPERS' INCORPORATED, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ LOUIS BACON et al., Appellants, v. GENERAL TIRE & RUBBER COMPANY, Defendant, and FORREST PROCESS & DEVELOPMENT CORP., et al., Respondents.— Rule XI of the New York County Supreme Court Trial Term Rules provides for priority of examination of parties before trial. Subdivision 4 thereof, states: " In actions based on contract, or in equity, plaintiffs generally shall be entitled to priority of examination, except where it appears that by reason of counterclaims contained in the answer it would be proper that plaintiffs be examined first, as to such counterclaims ". No counterclaims have been interposed in this action and no adequate reason appears in the record in this case for deviating from the rule. Order denying plaintiffs' motion to stay the defendants from examining the plaintiffs before trial until the completion of the plaintiffs' examination, unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. Settle order on notice. Concur — Breitel, J. P., Botein, Frank and Valente, JJ.

■ CAROLYN SCHNURER, Respondent, v. HAROLD T. SCHNURER, Appellant.— The parties to this action are so circumstanced that the fixation of alimony, counsel fee and quantum of support for the child, may and should await final determination of the action for separation. This will work no hardship and, at such time, any award made for any or all of the items will be retroactive. Accordingly, the order of Special Term is unanimously reversed, with costs to abide the event, and the question of alimony, counsel fee and the quantum of support for the child are left for the trier of the facts. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ In the Matter of the Estate of AARON J. LEVY, Deceased. ANNETTE L. FRANKENSTEIN, Appellant; WASHINGTON I. LEVY, Respondent.— Decree unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ STARILIAN LAPIDARIES, INC., Appellant, v. WAYNE W. LIGHT, Doing Business as WAYNE W. LIGHT COMPANY, Respondent.— Order denying plaintiff's motion to stay arbitration proceedings herein, and order granting defendant's motion to stay the action herein until arbitration has been had, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ LEHIGH STRUCTURAL STEEL COMPANY v. CITY OF NEW YORK and LYNN CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See ante, p. 816.]